UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STELLA B. DURAN,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No.  3:10-cv-5092-JRC<br><br>ORDER AMENDING THE<br>SCHEDULING ORDER |

Based on Defendant's Motion, and that Plaintiff Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including August 27, 2010, to file Responsive brief; and
- Plaintiff shall have up to and including September 10, 2010, to file an optional reply brief.
- Oral argument, if desired, shall be requested by September 17, 2010.

DATED this 19th day of July 2010.

J. Richard Creatura
United States Magistrate Judge

Page 1        ORDER - [3:10-cv-5092-JRC]