UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| STELLA B. DURAN,<br><br>        Plaintiff,<br><br>        vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant | Civil No.  3:10-cv-5092-JRC<br><br>ORDER AMENDING THE<br> SCHEDULING ORDER |

Based on Defendant's Motion, and that Plaintiff Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including October 12, 2010, to file Responsive brief;

- Plaintiff shall have up to and including October 26, 2010, to file an optional reply brief; and

- Oral argument, if desired, shall be requested by November 2, 2010.

DATED this 27th day of August, 2010.

_____
J. Richard Creatura
United States Magistrate Judge

Page 1        ORDER - [3:10-cv-5092-JRC]