# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| STELLA B. DURAN, | Civil No. 3:10-cv-5092-JRC |
| Plaintiff, | ORDER AMENDING THE SCHEDULING ORDER |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

Based on Defendant's Motion, and that Plaintiff Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including November 3, 2010, to file Responsive brief;
- Plaintiff shall have up to and including November 17, 2010, to file an optional reply brief; and
- Oral argument, if desired, shall be requested by November 24, 2010.

The Court notes that this is the fifth amendment to the original briefing scheduling. No further extensions will be granted without the showing of good cause.

DATED this 13th day of October 2010.

_____
J. Richard Creatura
United States Magistrate Judge

Page 1        ORDER - [3:10-cv-5092-JRC]