UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STELLA B. DURAN,

Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,

Defendant.

CASE NO. 10cv5092JRC

ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND COSTS

This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13. (See also Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, ECF No. 4; Consent to Proceed Before a United States Magistrate Judge, ECF No. 9). This matter is before the Court on the parties' Stipulation Regarding Award of EAJA Attorney Fees and Costs. (ECF No. 40).

After reviewing the parties' stipulation and the remaining record, the Court ORDERS that plaintiff shall have judgment against defendant for attorney fees and costs pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, *et. seq.* in the amount of $6,634.77 for

ORDER - 1

attorney fees, $465.00 for paralegal fees, and costs in the sum of $17.80 for service of the summons and complaint in this matter, for a total award of $7,117.57. It is further

ORDERED that EAJA fees, expenses, and costs are subject to any offset allowed under the Treasury Offset Program, as discussed in <u>Astrue v. Ratliff,</u> 130 S. Ct. 2521, 2010 U.S. LEXIS 4763 (2010).

Dated this 20th day of June, 2011.

J. Richard Creatura
United States Magistrate Judge